IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
Oct 10 2 35 PM '01
US DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No.** 1:01cr10358 |
| **v.** | ) | |
| | ) | **Violations:** RGS |
| **GEORGE C. ROY** | ) | |
| | ) | **18 U.S.C. § 1956(h)** |
| **Defendant.** | ) | **Conspiracy to Commit** |
| | ) | **Money Laundering** |
| | ) | |
| | ) | **18 U.S.C. § 1956(a)(3)(B) -** |
| | ) | **Money Laundering** |
| | ) | |
| | ) | **18 U.S.C. § 2 -** |
| | ) | **Aiding and Abetting** |

I hereby certify on ... that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on 10/10/01
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk

**INDICTMENT**

Count One: (18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering)

The Grand Jury charges that:

From in or around April, 2001, and continuing to on or about September 14, 2001, at Attleboro, Massachusetts, and elsewhere in the District of Massachusetts:

**GEORGE C. ROY**

the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others unknown to the Grand Jury, to commit offenses under Title 18, United States Code, Section 1956, that is, knowing that the property involved in financial transactions was represented by an individual acting on the direction and approval of a Federal law enforcement official to be the proceeds of specified unlawful activity, to wit, the sale and distribution of controlled substances, conducted and

10

attempted to conduct such financial transactions affecting interstate commerce which involved proceeds represented by an individual acting on the direction and approval of a Federal law enforcement official to be the proceeds of specified unlawful activity, to wit, the sale and distribution of controlled substances, with the intent to promote the carrying on of said specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(3)(A).

All in violation of Title 18, United States Code, Section 1956(h).

Count Two: (18 U.S.C. § 1956(a)(3) - Money Laundering; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury charges that:

On or about August 2, 2001, at Attleboro, Massachusetts, and elsewhere in the District of Massachusetts:

**GEORGE C. ROY,**

the defendant herein, with the intent to promote the carrying on of a specified unlawful activity, to wit, the sale and distribution of controlled substances, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by an individual acting on the direction and approval of a Federal law enforcement official to be the proceeds of specified unlawful activity, to wit, the sale and distribution of controlled substances.

All in violation of Title 18, United States Code, Section 1956(a)(3)(A) and Title 18, United States Code, Section 2.

Count Three: (18 U.S.C. § 1956(a)(3) - Money Laundering; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about August 22, 2001, at Attleboro, Massachusetts, and elsewhere in the District of Massachusetts:

**GEORGE C. ROY,**

the defendant herein, with the intent to promote the carrying on of a specified unlawful activity, to wit, the sale and distribution of controlled substances, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by an individual acting on the direction and approval of a Federal law enforcement official to be the proceeds of specified unlawful activity, to wit, the sale and distribution of controlled substances.

All in violation of Title 18, United States Code, Section 1956(a)(3)(A) and Title 18, United States Code, Section 2.

Count Four: (18 U.S.C. § 1956(a)(3) - Money Laundering; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about September 14, 2001, at Attleboro, Massachusetts, and elsewhere in the District of Massachusetts:

**GEORGE C. ROY,**

the defendant herein, with the intent to promote the carrying on of a specified unlawful activity, to wit, the sale and distribution of controlled substances, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by an individual acting on the direction and approval of a Federal law enforcement official to be the proceeds of specified unlawful activity, to wit, the sale and distribution of controlled substances.

All in violation of Title 18, United States Code, Section 1956(a)(3)(A) and Title 18, United States Code, Section 2.