CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:01-cr-10358-RGS-1
# Internal Use Only

Case title: USA v. Roy
Magistrate judge case number: 1:01-mj-00532-3 _ cviu

Date Filed: 10/10/2001
Date Terminated: 12/18/2002

---

Assigned to: Judge Richard G. Stearns

Appeals court case number: 03-1065
Court of Appeals

**Defendant (1)**

**George C. Roy**
*TERMINATED: 12/31/2002*

represented by **David N. Cicilline**
387 Atwells Ave.
Providence, RI 02909
(401) 273-5600
*TERMINATED: 06/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John M. Cicilline**
387 Atwells Ave.
Providence, RI 02903
401-273-5600
*TERMINATED: 12/31/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

1/31/08 ... document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on ____________
☐ original filed in my office on ____________
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ____________
Clerk

**Pending Counts**

18:1956(h) Conspiracy to commit Money Laundering (18:1956-3300.F) (1)

**Disposition**

Seventy eight (78) months imprisonment. Thirty six (36) months supervised release with special conditions. Special assessment of .00 forthwith. ,000. fine.

18:1956(a)(3) Money Laundering(18:1956-3300.F) 18:2

Seventy eight (78) months imprisonment. Thirty six (36) months

| | |
|---|---|
| Aiding & Abetting (2) | supervised release with special conditions. Special assessment of .00 forthwith. ,000. fine. |
| 18:1956(a)(3) Money Laundering(18:1956-3300.F) 18:2 Aiding & Abetting (3) | Seventy eight (78) months imprisonment. Thirty six (36) months supervised release with special conditions. Special assessment of .00 forthwith. ,000. fine. |
| 18:1956(a)(3) Money Laundering(18:1956-3300.F)18:2 Aiding & Abetting (4) | Seventy eight (78) months imprisonment. Thirty six (36) months supervised release with special conditions. Special assessment of .00 forthwith. ,000. fine. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| IN VIOLATION OF TITLE 18 US CODE; 1956(a)(3)-DID WITH THE INTENT TO PROMOTE THE CARRYING ON OF SPECIFIED UNLAWFUL ACTIVITY. TO WIT, NARCOTICS TRAFFICKING, AND WITH THE INTENT TO CONCEAL OR DISGUISE THE NATURE, LOCATION, SOURCE, OWNERSHIP OR CONTROL OF PROPERTY TO BE PROCEEDS OF SPECIFIED UNLAWFUL ACTIVITY. [ 1:01-m -532 ] | |

---

**Notice**

**Pretrial Services**

---

**Plaintiff**

**USA** represented by **Susan M. Poswistilo**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3267
Fax: 617-748-3675
Email: susan.poswistilo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2001 | 1 | COMPLAINT as to George C. Roy , filed. [ 1:01-m -532 ] (sad) (Entered: 09/14/2001) |
| 09/14/2001 | 2 | AFFIDAVIT of Special agent Henry A. Basile, as to George C. Roy , re: complaint , filed. [ 1:01-m -532 ] (sad) (Entered: 09/14/2001) |
| 09/14/2001 | | Arrest warrant issued as to George C. Roy . [ 1:01-m -532 ] (sad) (Entered: 09/14/2001) |
| 09/14/2001 | | ARREST of George C. Roy . [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/14/2001 | | Initial appearance as to George C. Roy held (Defendant informed of rights.) [ 1:01-m -532 ] (kf) (Entered: 09/24/2001) |
| 09/18/2001 | 3 | MOTION by George C. Roy to continue detention hearing , filed. c/s [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/18/2001 | | Mag. Judge Robert B. Collings . ENDORSED ORDER as to George C. Roy : granting in part, denying in part [3-1] motion to continue detention hearing as to George C. Roy (1), reset Detention Hearing for 2:00 9/19/01 for George C. Roy . Notice sent to counsel. [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/19/2001 | 4 | NOTICE of Appearance of counsel for George C. Roy , by Attorney David N. Cicilline. [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/19/2001 | 5 | NOTICE of Appearance of counsel for USA , by Attorney Susan M. Poswistilo. [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/19/2001 | 6 | Waiver of Preliminary Examination or Hearing by George C. Roy , filed. [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/19/2001 | | Detention hearing as to George C. Roy held . [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |

| | | |
|---|---|---|
| 09/19/2001 | 7 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to George C. Roy , re: detention hearing; Defendant released on $150,000. unsecured bond. See order for conditions of release. [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/19/2001 | 8 | Mag. Judge Robert B. Collings . ORDER entered setting Conditions of Release for George C. Roy : "...The defendant promises to appear at all proceedings as required...the defendant executes a bond in the amount of $150,000...the defendant shall maintain or actively seek employment...the defendant shall maintain residence, restrict travel to MA and RI...the defendant shall report to Pretrial Services in person every Tuesday and by phone on every Friday between 9:00 a.m. and 12 noon (Providence PTS office)...the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon...the defendant shall refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances...the defendant shall submit to drug testing...the defendant shall obtain no passport...the defendant shall surrender all firearms to local law enforcement by close of business 9/20/01...the defendant shall notify PTS within 24 hours of new arrest..." cc/cl [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/19/2001 | | $150,000. Unsecured Appearance BOND entered as to George C. Roy . [ 1:01-m -532 ] (kf) (Entered: 09/21/2001) |
| 09/24/2001 | 9 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to George C. Roy , re: initial appearance; Defendant sworn and advised of charges and rights. Defendant will retain counsel. Government requests detention and continuance based on actions during arrest and that he knows and communicates with another federal fugitive. Remanded to custody of the U.S. Marshal. [ 1:01-m -532 ] (kf) (Entered: 09/24/2001) |
| 10/10/2001 | 10 | INDICTMENT returned George C. Roy (1) count(s) 1, 2, 3, 4 . (ms) (Entered: 10/11/2001) |
| 10/10/2001 | | (Court only) **Added Government Attorney Susan M. Poswistilo (ms) (Entered: 10/11/2001) |
| 10/10/2001 | | Judge Richard G. Stearns Referral to Mag. Judge Robert B. Collings as to George C. Roy. Purpose: Pretrial (ms) (Entered: 12/05/2001) |
| 10/10/2001 | | (Court only) **Procedural Interval start P99 as to George C. Roy (1) count(s) cmp (vah) (Entered: 04/17/2002) |
| 10/29/2001 | | Arraignment as to George C. Roy held George C. Roy (1) count(s) 1, 2, 3, 4 . (eaf) (Entered: 10/30/2001) |
| 10/29/2001 | | PLEA entered by George C. Roy . Court accepts plea. Not Guilty: , George C. Roy (1) count(s) 1, 2, 3, 4 (eaf) (Entered: 10/30/2001) |
| 10/29/2001 | 11 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to George C. Roy , re: arraignment;, reset status conference for 11:30 11/28/01 for George C. Roy ; (eaf) (Entered: 10/30/2001) |

| | | |
|---|---|---|
| 11/28/2001 | 12 | Joint submission of the parties, by George C. Roy, USA under Local Rule 116.5(C) (eaf) (Entered: 11/29/2001) |
| 11/28/2001 | 13 | Mag. Judge Robert B. Collings . Initial STATUS REPORT filed by Magistrate as to George C. Roy , setting Status Conference for 3:00 1/16/02 for George C. Roy ; . (eaf) (Entered: 11/30/2001) |
| 11/28/2001 | 14 | Mag. Judge Robert B. Collings. ORDER for Final status conference entered as to George C. Roy : . (eaf) (Entered: 11/30/2001) |
| 11/28/2001 | | (Court only) **Excludable XT start as to George C. Roy (eaf) (Entered: 11/30/2001) |
| 11/28/2001 | 15 | Mag. Judge Robert B. Collings . ORDER ON EXCLUDABLE DELAY entered as to George C. Roy . Time ordered excluded from 10/10/01 to 1/8/02. (eaf) (Entered: 11/30/2001) |
| 11/28/2001 | | Status conference as to George C. Roy held . (eaf) (Entered: 11/30/2001) |
| 11/28/2001 | 16 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to George C. Roy , re: initial status; ; (eaf) (Entered: 11/30/2001) |
| 01/16/2002 | | Arrest warrant issued as to George C. Roy . (eaf) (Entered: 01/17/2002) |
| 01/16/2002 | 17 | MOTION by George C. Roy to continue , filed. (eaf) (Entered: 01/18/2002) |
| 01/17/2002 | | Mag. Judge Robert B. Collings . ENDORSED ORDER as to George C. Roy : granting [17-1] motion to continue as to George C. Roy (1), reset conference for 3:30 1/23/02 for George C. Roy . (eaf) (Entered: 01/18/2002) |
| 01/18/2002 | 18 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to George C. Roy , re: bail hearing; Deft arrested pursuant to a warrant issued for violations of conditions of release. Court finds that deft shall be released with additional conditions: Do not drive at all. Refrain from ANY use of alcohol. Surrender Driver's license to PTS and not apply for new license. Go to Attleboro Court and remove the default. (eaf) (Entered: 01/28/2002) |
| 01/18/2002 | 19 | Mag. Judge Robert B. Collings. Amended ORDER entered setting Conditions of Release for George C. Roy : Additional conditions added: Refrain from any use of alcohol. Surrender any drivers license to PTS and not apply for a new one. Refrain from operating any type of motor vehicle. Shall report to Attleboro Court to remove default. (eaf) (Entered: 01/28/2002) |
| 01/18/2002 | | (Court only) **Excludable stopped as to George C. Roy (eaf) (Entered: 01/28/2002) |
| 01/18/2002 | | (Court only) **Location LR as to George C. Roy (eaf) (Entered: 01/28/2002) |
| 01/23/2002 | | CASE NO LONGER REFERRED TO Mag. Judge Robert B. Collings . (eaf) (Entered: 01/28/2002) |

| | | |
|---|---|---|
| 01/23/2002 | 20 | Mag. Judge Robert B. Collings . CLERK'S NOTES as to George C. Roy , re: case returned to D.J. (eaf) (Entered: 01/28/2002) |
| 01/25/2002 | 21 | Mag. Judge Robert B. Collings . ORDER and Recommendtion after final status conference entered as to George C. Roy : FILE RETURNED TO DJ. (eaf) (Entered: 01/29/2002) |
| 01/25/2002 | 22 | Mag. Judge Robert B. Collings . ORDER ON EXCLUDABLE DELAY entered as to George C. Roy . Time ordered excluded from 1/16/02 to 1/23/02. (eaf) (Entered: 01/29/2002) |
| 01/25/2002 | | (Court only) **Excludable XT start as to George C. Roy (eaf) (Entered: 01/29/2002) |
| 01/31/2002 | 23 | Judge Richard G. Stearns . ORDER entered as to George C. Roy :, set status conference for 3:15 2/11/02 for George C. Roy . (eaf) (Entered: 02/04/2002) |
| 02/06/2002 | 24 | MOTION by George C. Roy to continue , filed. (eaf) (Entered: 02/07/2002) |
| 02/06/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : mooting [24-1] motion to continue as to George C. Roy (1). (eaf) (Entered: 02/07/2002) |
| 02/11/2002 | | Pre-trial conference as to George C. Roy held. Govt requests continuance. Further conference set for 3/11/02 @ 2:30 p.m. (eaf) (Entered: 02/12/2002) |
| 02/11/2002 | 25 | Judge Richard G. Stearns . CLERK'S NOTES as to George C. Roy , re: pretrial conference;, reset status conference for 2:30 3/11/02 for George C. Roy ; Court Reporter: J. Gibbons (eaf) (Entered: 02/12/2002) |
| 03/11/2002 | | Status conference as to George C. Roy held . (eaf) (Entered: 03/14/2002) |
| 03/11/2002 | 26 | Judge Richard G. Stearns . CLERK'S NOTES as to George C. Roy , re: status conference;, ] reset Sentencing for 9:00 7/15/02 for George C. Roy ; Court Reporter: P. Casey Price (eaf) (Entered: 03/14/2002) |
| 03/12/2002 | 27 | Judge Richard G. Stearns . ORDER entered as to George C. Roy :, set pretrial conference for 2:30 7/10/02 for George C. Roy . (eaf) (Entered: 03/14/2002) |
| 06/13/2002 | 28 | MOTION by George C. Roy for David Cicilline to withdraw as attorney , filed. (eaf) (Entered: 06/13/2002) |
| 06/13/2002 | | (Court only) **Added for George C. Roy Attorney John F. Cicilline (eaf) (Entered: 06/13/2002) |
| 06/13/2002 | | (Court only) **Terminated attorney David N. Cicilline for George C. Roy as to George C. Roy (eaf) (Entered: 06/13/2002) |
| 06/14/2002 | 29 | MOTION by George C. Roy for Bill of Particulars , filed. (eaf) (Entered: 06/14/2002) |

| | | |
|---|---|---|
| 06/14/2002 | 30 | MEMORANDUM by George C. Roy in support of [29-1] motion for Bill of Particulars (eaf) (Entered: 06/14/2002) |
| 06/19/2002 | 31 | MOTION by George C. Roy for discovery to designate evidence , filed. (eaf) (Entered: 06/19/2002) |
| 06/19/2002 | 32 | Memorandum by George C. Roy as to George C. Roy Re: rule 12(d)(2) (eaf) (Entered: 06/19/2002) |
| 06/19/2002 | 33 | MEMORANDUM by George C. Roy in support of [31-1] motion for discovery to designate evidence (eaf) (Entered: 06/19/2002) |
| 06/20/2002 | 34 | MOTION by USA , as to George C. Roy to continue time in which to respond to deft's motions , filed. (eaf) (Entered: 06/20/2002) |
| 06/20/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [34-1] motion to continue time in which to respond to deft's motions as to George C. Roy (1). "Allowed to 7/5/02." cc: all counsel of record. (eaf) (Entered: 07/01/2002) |
| 07/05/2002 | 86 | USA's Objection to deft's rule 12 motion as to George C. Roy : (Flaherty, Elaine) (Entered: 04/23/2004) |
| 07/06/2002 | 38 | MOTION by George C. Roy to continue trial date , filed. (eaf) (Entered: 07/17/2002) |
| 07/10/2002 | 35 | MOTION by George C. Roy to continue , filed. (eaf) (Entered: 07/11/2002) |
| 07/10/2002 | | Pre-trial conference as to George C. Roy held. Court will inform counsel if hearing on pending motions is necessary. (eaf) (Entered: 07/15/2002) |
| 07/10/2002 | 37 | Judge Richard G. Stearns . CLERK'S NOTES as to George C. Roy , re: pretrial conference; ; (eaf) (Entered: 07/15/2002) |
| 07/11/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [35-1] motion to continue as to George C. Roy (1), reset Jury trial for 9:00 8/19/02 for George C. Roy . (eaf) (Entered: 07/15/2002) |
| 07/11/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [38-1] motion to continue trial date as to George C. Roy (1). "the Clerk will set a new date." (eaf) (Entered: 07/17/2002) |
| 07/12/2002 | 36 | Judge Richard G. Stearns . ORDER entered as to George C. Roy :, set Jury trial for 9:00 8/19/02 for George C. Roy . (eaf) (Entered: 07/15/2002) |
| 07/18/2002 | 39 | MOTION by George C. Roy in limine , filed. (eaf) Modified on 07/19/2002 (Entered: 07/19/2002) |
| 08/01/2002 | 40 | MEMORANDUM by USA as to George C. Roy in opposition to [39-1] motion in limine , filed. (eaf) (Entered: 08/02/2002) |
| 08/05/2002 | 41 | Pretrial Submission and Proposed Voir Dire Questions by George C. Roy , filed. (eaf) (Entered: 08/07/2002) |

| | | |
|---|---|---|
| 08/09/2002 | 42 | REPLY by George C. Roy to response to [39-1] motion in limine , filed. (eaf) (Entered: 08/12/2002) |
| 08/13/2002 | 43 | Exhibit and Witness list by USA as to George C. Roy , filed. (eaf) (Entered: 08/14/2002) |
| 08/13/2002 | 44 | NOTICE of special audio-equip by USA as to George C. Roy , filed. (eaf) (Entered: 08/14/2002) |
| 08/13/2002 | | Proposed jury venire questions by USA as to George C. Roy received for filing. (eaf) (Entered: 08/14/2002) |
| 08/13/2002 | 45 | Jury Instructions as to George C. Roy , filed. (eaf) (Entered: 08/14/2002) |
| 08/13/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : denying [31-1] motion for discovery to designate evidence as to George C. Roy (1), denying [29-1] motion for Bill of Particulars as to George C. Roy (1). Re: #31, "Denied, absent any specification of the evidence defendant seeks to be designated." cc: all counsel of record. (eaf) (Entered: 08/20/2002) |
| 08/13/2002 | 50 | MOTION by George C. Roy for Disclosure of exculpatory evidence , filed. (eaf) (Entered: 08/20/2002) |
| 08/13/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : mooting [50-1] motion for Disclosure of exculpatory evidence as to George C. Roy (1)."Moot, in light of the government's assurances that it has fully met it's obligations." cc: all counsel of record. (eaf) (Entered: 08/20/2002) |
| 08/13/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : denying [39-1] motion in limine as to George C. Roy (1). (eaf) (Entered: 08/20/2002) |
| 08/14/2002 | 46 | MOTION by USA , as to George C. Roy to seal/impound order to disclose tax returns and tax info , filed. (eaf) (Entered: 08/14/2002) |
| 08/14/2002 | 47 | MOTION by USA , as to George C. Roy for order to disclose tax returns , filed. (eaf) (Entered: 08/14/2002) |
| 08/15/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [46-1] motion to seal/impound order to disclose tax returns and tax info as to George C. Roy (1). (eaf) (Entered: 08/16/2002) |
| 08/15/2002 | 48 | Judge Richard G. Stearns . ORDER entered as to George C. Roy : granting [47-1] motion for order to disclose tax returns as to George C. Roy (1) FILED UNDER SEAL. (eaf) (Entered: 08/16/2002) |
| 08/15/2002 | 49 | Ex parte MOTION by USA , as to George C. Roy to seal and for protective order , filed. (eaf) (Entered: 08/16/2002) |
| 08/16/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [49-1] motion for protective order as to George C. Roy (1). (eaf) (Entered: 08/16/2002) |

| | | |
|---|---|---|
| 08/19/2002 | | Voir dire begun as to George C. Roy (1) count(s) 1, 2, 3, 4. (eaf) (Entered: 08/28/2002) |
| 08/19/2002 | | Jury trial as to George C. Roy begins, day one. Jury of 14 persons selected and sworn. Court gives preliminary instructions to the jury. Govt's opening. Deft's opening. Adjourn 1:15 p.m. (eaf) (Entered: 08/28/2002) |
| 08/19/2002 | 53 | Judge Richard G. Stearns . CLERK'S NOTES as to George C. Roy , re: jury trial;, reset Sentencing for 2:30 11/18/02 for George C. Roy ; Court Reporter: J. Gibbons & P. Price (eaf) (Entered: 08/28/2002) |
| 08/20/2002 | 51 | Proposed Jury Instructions by USA as to George C. Roy , filed. (eaf) (Entered: 08/20/2002) |
| 08/20/2002 | | Jury trial as to George C. Roy held, day two. Adjourn 1:15 p.m. (eaf) (Entered: 08/28/2002) |
| 08/21/2002 | | Jury trial as to George C. Roy held, day three. Govt rests. Deft rests. Deft moves for judgment of acquittal; motion denied. Adjourn 1:00 p.m. (eaf) (Entered: 08/28/2002) |
| 08/22/2002 | | Jury trial as to George C. Roy held, day four. Court holds charge conference with counsel. Govt's closing 10:00 a.m. to 10:20 a.m. Deft's closing 10:20 a.m. to 10:45 a.m. Govt's rebuttal 10:45 to 10:55 a.m. Court's charge to jury 11:15 a.m. to 11:40 a.m. Deliberations begin at 11:45 a.m. Jury has lunch at 12:00 noon. Jury has question at 2:00 p.m. Verdict returned at 2:50 p.m. Guilty on all 4 counts. (eaf) (Entered: 08/28/2002) |
| 08/22/2002 | 54 | JURY VERDICT as to George C. Roy Guilty: George C. Roy (1) count(s) 1, 2, 3, 4 . (eaf) (Entered: 08/28/2002) |
| 08/26/2002 | 55 | Judge Richard G. Stearns . ORDER entered as to George C. Roy :, reset Sentencing for 2:30 11/18/02 for George C. Roy . (eaf) (Entered: 08/29/2002) |
| 08/27/2002 | 52 | MOTION by George C. Roy for Judgment of Acquittal , filed. (eaf) (Entered: 08/27/2002) |
| 09/03/2002 | 56 | MEMORANDUM by George C. Roy in support of [52-1] motion for Judgment of Acquittal (eaf) (Entered: 09/03/2002) |
| 09/11/2002 | 57 | MOTION by USA , as to George C. Roy for leave to file opp to deft's mtn for judgment of acquittal , filed. (eaf) (Entered: 09/13/2002) |
| 09/12/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [57-1] motion for leave to file opp to deft's mtn for judgment of acquittal as to George C. Roy (1). (eaf) (Entered: 09/13/2002) |
| 09/27/2002 | 58 | MEMORANDUM by USA as to George C. Roy in opposition to [52-1] motion for Judgment of Acquittal , filed. (eaf) (Entered: 10/01/2002) |

| | | |
|---|---|---|
| 10/09/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : denying [52-1] motion for Judgment of Acquittal as to George C. Roy (1). "The argument is creative but overwhelmed by the evidence on which the jury was warranted to rely. Bouiyadly v. United States, 483 U.S. 171,179-180(1987). " cc: all counsel of record. (eaf) (Entered: 10/10/2002) |
| 10/11/2002 | 59 | MOTION by USA , as to George C. Roy for order of of forfeiture (preliminary) , filed. (eaf) (Entered: 10/11/2002) |
| 10/15/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [59-1] motion for order of of forfeiture (preliminary) as to George C. Roy (1). (eaf) (Entered: 10/21/2002) |
| 10/15/2002 | 60 | Judge Richard G. Stearns. Prelimianry ORDER of Forfeiture entered as to George C. Roy : . (eaf) (Entered: 10/21/2002) |
| 10/28/2002 | 61 | MOTION by George C. Roy for continued Release from Custody pending appeal , filed. (eaf) (Entered: 10/30/2002) |
| 10/28/2002 | 62 | MEMORANDUM by George C. Roy in support of [61-1] motion for continued Release from Custody pending appeal (eaf) (Entered: 10/30/2002) |
| 11/14/2002 | 63 | MEMORANDUM by USA as to George C. Roy in opposition to [61-1] motion for continued Release from Custody pending appeal , filed. (eaf) (Entered: 11/14/2002) |
| 11/18/2002 | 64 | MOTION by George C. Roy to continue , filed. (eaf) (Entered: 11/18/2002) |
| 11/18/2002 | 65 | MEMORANDUM by George C. Roy in support of [64-1] motion to continue (eaf) (Entered: 11/18/2002) |
| 11/19/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : granting [64-1] motion to continue as to George C. Roy (1), reset Sentencing for 11:00 12/18/02 for George C. Roy cc: all counsel of record.. (eaf) (Entered: 11/21/2002) |
| 11/22/2002 | 66 | REPLY by USA as to George C. Roy to response to [59-1] motion for order of of forfeiture (preliminary) , filed. (eaf) (Entered: 11/22/2002) |
| 12/18/2002 | | Sentencing held George C. Roy (1) count(s) 1, 2, 3, 4. Court adopts PSR and deft is sentenced as follows: Seventy eight months (78) to be served on each count, concurrent with each other. Thirty six (36) months supervised release for three years with special conditions: No firearm. Fine of $50,000. No new credit charges. Provide all financial info. Participate in a substance abuse program. Meet with IRS. Special assessment of $400.00. Self surrender 1/23/03 by 12 noon. (eaf) Modified on 12/31/2002 (Entered: 12/23/2002) |
| 12/18/2002 | 67 | Judge Richard G. Stearns . CLERK'S NOTES as to George C. Roy , re: disposition; ; Court Reporter: J. Gibbons (eaf) (Entered: 12/23/2002) |

| | | |
|---|---|---|
| 12/18/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to George C. Roy : denying [61-1] motion for continued Release from Custody pending appeal as to George C. Roy (1). (eaf) (Entered: 12/23/2002) |
| 12/18/2002 | 70 | NOTICE OF APPEAL by George C. Roy , filed. George C. Roy (1) count(s) 1, 2, 3, 4 Fee Status: none Appealing: [68-1] judgment order Appeal record due on 1/2/03 for George C. Roy received for docketing 12/31/02. (eaf) (Entered: 01/02/2003) |
| 12/30/2002 | 68 | Judge Richard G. Stearns . JUDGMENT entered George C. Roy (1) count(s) 1, 2 , 3 , 4 . Seventy eight (78) months imprisonment. Thirty six (36) months supervised release with special conditions. Special assessment of $400.00 forthwith. $50,000. fine. (eaf) (Entered: 12/31/2002) |
| 12/30/2002 | 69 | Judge Richard G. Stearns . Statement of reasons as to George C. Roy (eaf) (Entered: 12/31/2002) |
| 12/31/2002 | | Case closed as to all defendants, as to George C. Roy party George C. Roy (eaf) (Entered: 12/31/2002) |
| 12/31/2002 | | **JS3 Closing Card for George C. Roy Terminated Defendant George C. Roy (eaf) (Entered: 12/31/2002) |
| 01/08/2003 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to George C. Roy, re: [70-1] appeal. (jr) (Entered: 01/14/2003) |
| 01/14/2003 | | U.S. Court of Appeals Case Number as to George C. Roy, re: [70-1] appeal: USCA NUMBER: 03-1065 (jr) (Entered: 01/14/2003) |
| 01/24/2003 | 71 | MOTION by USA , as to George C. Roy for order of final order of forfeiture , filed. (eaf) (Entered: 01/27/2003) |
| 01/28/2003 | 72 | Judge Richard G. Stearns. Final ORDER entered as to George C. Roy : granting [71-1] motion for order of final order of forfeiture as to George C. Roy (1) . cc: AUSA Wright. (eaf) (Entered: 01/29/2003) |
| 03/06/2003 | 73 | Return of service of order WSO 1/23/03by: USM (eaf) (Entered: 03/06/2003) |
| 03/11/2003 | 74 | Return of service by: US Customs as to George C. Roy (eaf) (Entered: 03/12/2003) |
| 04/09/2003 | | USCA appeal fees received in the amount of $ 105. as to George C. Roy , re: [70-1] appeal . (eaf) (Entered: 04/09/2003) |
| 04/09/2003 | | Transmitted Supplemental Record on Appeal: as to George C. Roy, re: [70-1] appeal. Document numbers: filing fee paid receipt (jr) (Entered: 04/09/2003) |
| 04/18/2003 | 75 | Return of service of order of forfeiture by: USM (eaf) (Entered: 04/18/2003) |

| | | |
|---|---|---|
| 09/10/2003 | 76 | TRANSCRIPT of Jury Trial Day One as to George C. Roy held on August 19, 2002 before Judge Stearns. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/10/2003) |
| 09/10/2003 | 77 | TRANSCRIPT of Jury Trial Day Two as to George C. Roy held on August 20, 2002 before Judge Stearns. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/10/2003) |
| 09/10/2003 | 78 | TRANSCRIPT of Disposition as to George C. Roy held on December 18, 2002 before Judge Stearns. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/10/2003) |
| 09/15/2003 | 79 | Transmitted Supplemental Record on Appeal as to George C. Roy re 70 Notice of Appeal - Final Judgment; Documents Numbered 76,77,78 (Ramos, Jeanette) (Entered: 09/15/2003) |
| 10/14/2003 | 80 | ORDER of USCA (certified copy) as to George C. Roy re 70 Notice of Appeal - Final Judgment; On August 14 and again on September 8, 2003 Court Reporter James Gibbons was notified that the transcript of the trial on August 21 and August 22, 2002 has not been filed in this case, and was asked to take action by August 25, and secondly by September 18, 2003. It does not appear that the court reporter has filed the transcript in the district court, or in the alternative, a motion in the court of appeals for an extension of time to complete the transcript. Accordingly, the court directs James Gibbons to produce the transcript by October 16, 2003, or to show cause by October 16, 2003 why he has failed to produce the transcript. A certified copy of this order will be forwarded to the district judge in accordance with Fed. R. App. P. 11(b)(1)(D) (Ramos, Jeanette) (Entered: 10/14/2003) |
| 10/16/2003 | 81 | TRANSCRIPT of Jury Trial Day Four as to George C. Roy held on August 22, 2002 before Judge Stearns. Court Reporter: Patricia A.Casey-Price. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/16/2003) |
| 10/16/2003 | 82 | TRANSCRIPT of Jury Trial Day Three as to George C. Roy held on August 21, 2002 before Judge Stearns. Court Reporter: Patricia A. Casey-Price. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/16/2003) |
| 10/20/2003 | 83 | Transmitted Supplemental Record on Appeal as to George C. Roy. Sent documents 81 and 82. re 70 Notice of Appeal - Final Judgment (Abaid, Kim) (Entered: 10/20/2003) |

| | | |
|---|---|---|
| 03/25/2004 | 84 | MOTION make transcripts part of record on appeal as to George C. Roy . (Flaherty, Elaine) (Entered: 03/29/2004) |
| 03/29/2004 | | Judge Richard G. Stearns : ORDER entered granting 84 Motion make transcripts relief on at trial part of record on appeal as to George C. Roy (1) (forwarded to Appeals Clerk to be transmitted to the Court of Appeals) (Flaherty, Elaine) (Entered: 03/31/2004) |
| 04/02/2004 | 85 | Transmitted Supplemental Record on Appeal as to George C. Roy re 70 Notice of Appeal - Final Judgment, document number 84 (Ramos, Jeanette) (Entered: 04/02/2004) |
| 07/29/2004 | | (Court only) ***Update to Appeals Report: USCA Case Number as to George C. Roy 03-1065 assigned by Court of Appeals for 70 Notice of Appeal - Final Judgment filed by George C. Roy. (Hurley, Virginia) (Entered: 07/29/2004) |
| 08/04/2004 | 87 | MANDATE of USCA (certified copy) as to George C. Roy re 70 Notice of Appeal - Final Judgment. This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. (Ramos, Jeanette) (Entered: 08/04/2004) |
| 08/05/2004 | | Appeal Record Returned as to George C. Roy : 70 Notice of Appeal - Final Judgment (Ramos, Jeanette) (Entered: 08/05/2004) |
| 11/13/2007 | 88 | Probation Jurisdiction Transferred to Rhode Island as to George C. Roy. (Johnson, Mary) (Entered: 02/05/2008) |
| 02/05/2008 | 89 | Letter regarding transfer of jurisdiction as to George C. Roy sent to Barbara Barletta, Deputy Clerk, District of Rhode Island, with certified copies of the Indictment, Judgment and Commitment Order, and Docket Sheet. Mary Johnson, Deputy Clerk. (Johnson, Mary) . (Entered: 02/05/2008) |